**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**MUDWORKS POTTERY LLC,**
         Plaintiff,

    v.

**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**

         Defendants.

Civil Action No. 1:25-cv-02593

## SCHEDULE A – SEALED DOCUMENT

    This document is being filed under seal with a motion for leave to file documents under seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this Court.

DATED March 12, 2025.

Respectfully submitted,

By: */s/ Steven G. Kalberg*
David R. Bennett
Steven G. Kalberg
**DIRECTION IP LAW**
P.O. Box 14184
Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Plaintiff
MudWorks Pottery LLC*