**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MUDWORKS POTTERY LLC,**<br>    Plaintiff,<br> v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**<br><br>    Defendants. | Civil Action No. 1:25-cv-02593 |

## **EXHIBIT 1 – SEALED DOCUMENT**

  This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this Court.

DATED March 12, 2025.           Respectfully submitted,

                           By: */s/ Steven G. Kalberg*
                           David R. Bennett
                           Steven G. Kalberg
                           **DIRECTION IP LAW**
                           P.O. Box 14184
                           Chicago, Illinois 60614
                           Tel: (312) 291-1667
                           dbennett@directionip.com
                           skalberg@directionip.com

                           *Counsel for Plaintiff MudWorks Pottery LLC*